| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) PAULEY III, WILLIAM H. | 2. Court or Organization SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report 05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 500 PEARL STREET NEW YORK, NEW YORK 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Visitors | Duke University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 13 P 3: 35 DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | Snitow & Pauley, a former law partnership winding-down its affairs (continuation of payments agreement described in Part II, line 1) | $3,081.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed Licensed Real Estate Sales Person |
| 2. 2009 | Self-Employed Floral Designer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | April 16-17, 2009 | Durham, NC | Board of Visitors Meeting | Travel, food, and lodging. |
| 2. | Duke University School of Law | October 29-30, 2009 | Durham, NC | Board of Visitors Meeting | Travel, food, and lodging. |
| 3. | George Washington Univ School of Law | November 10-11, 2009 | Washington DC | Moot Court Trial | Travel, food, and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS | | | | | | | | | |
| 2. EXXON/MOBIL | A | Dividend | | | Sold | 08/25/09 | J | D | |
| 3. AXA AMERICAN DEPOSITORY SHARES | A | Dividend | | | Sold | 08/25/09 | J | D | |
| 4. PRUDENTIAL FIN'L SRVS | A | Dividend | | | Sold | 08/25/09 | J | C | |
| 5. IBM | A | Dividend | | | Sold | 08/25/09 | J | C | |
| 6. | | | | | | | | | |
| 7. MUTUAL FUNDS | | | | | | | | | |
| 8. ALGER FD BAL PORTFOLIO CL A (ALBAX) | A | Dividend | | | Sold | 08/25/09 | K | B | |
| 9. DAVIS NY VENTURE FUND CL A (NYVTX) | A | Dividend | | | Sold | 08/25/09 | K | C | |
| 10. DRYDEN TOTAL RETURN BOND FUND CL A (PDBAX) | A | Dividend | | | Sold | 08/25/09 | J | A | |
| 11. DRYDEN ACTIVE ALLOCATION FUND CL A (PIBAX) | A | Dividend | | | Sold | 08/25/09 | K | | |
| 12. DRYDEN INTL EQTY FD CL A (PJRAX) | A | Dividend | | | Sold | 08/25/09 | K | A | |
| 13. DRYDEN STOCK INDEX FUND CL A (PSIAX) | B | Dividend | | | Sold | 08/25/09 | L | | |
| 14. DRYDEN SM CAP CORE EQTY FD CL A (PQVAX) | A | Dividend | | | Sold | 08/25/09 | K | B | |
| 15. FEDERATED INTERNATIONAL VALUE FUND CL A (FGFAX) | A | Dividend | | | Sold | 08/25/09 | J | B | |
| 16. GOLDMAN SACHS MID CAP VALUE FUND CL A (GCMAX) | A | Dividend | | | Sold | 08/25/09 | K | | |
| 17. J. HANCOCK US GLOBAL LEADERS GROWTH CL A (USGLX) | A | Dividend | | | Sold | 08/25/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. JENNISON NATURAL RESOURCES FUND CL A (PGNAX) | A | Dividend | | | Sold | 08/25/09 | K | D | |
| 19. JD MODERATE ALLOCATION FD CL A (JDTAX) | A | Dividend | | | Sold | 08/25/09 | L | | |
| 20. JENNISON UTILITY FUND CL A (PRUAX) | A | Dividend | | | Sold | 08/25/09 | K | | |
| 21. JENINSON SMALL CO. FUND CLASS A (PGOAX) | | None | | | Sold | 08/25/09 | K | | |
| 22. DRYDEN STRATEGIC VALUE FUND CL A (SUVAX) | | None | | | Sold | 08/25/09 | K | | |
| 23. SELIG INCOME AND GROWTH CL A (SINFX) | A | Dividend | | | Sold | 08/25/09 | J | | |
| 24. SELIG SM CAP VALUE FD CL A (SSCVX) | | None | | | Sold | 08/25/09 | K | | |
| 25. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 26. MCGFX - ASTON FUNDS MONTAG & CALDWELL | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 27. SMGIX - COLUMBIA CONTRARIAN CORE FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 28. GSFTX - COLUMBIA FDS SER TRI DIV INC | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 29. DPLTX - DREYFUS HIGH YIELD FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 30. KDSSX - DWS VALUE SER INC SM CAP | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 31. SGIIX - FIRST EAGLE GLOBAL FUND | A | Distribution | K | T | Buy | 08/25/09 | K | | |
| 32. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 33. FNYTZ - FRANKLIN NY TAX FREE INT TRM | A | Interest | K | T | Buy | 08/25/09 | K | | |
| 34. HFMCX - HARTFORD MUTUAL FD MID CAP | | None | J | T | Buy | 08/25/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HIPIX - HARTFORD INFLATION PLUS FD | A | Interest | K | T | Buy | 08/25/09 | K | | |
| 36. HSKSX - JP MORGAN TR1 HIGHBRIDGE STAT FD | | None | J | T | Buy | 08/25/09 | J | | |
| 37. IVQAX - MORGAN STANLEY INTL VALUE EQUITY FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 38. SBNYX - LEGG MASON NY MUN FD | A | Interest | K | T | Buy | 08/25/09 | K | | |
| 39. LSGIX - LOOMIS SAYLES VALUE FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 40. LISFX - LORD ABBETT MUN INC TR INTER FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 41. MGRAX - MFS INTL GROWTH FD | A | Dividend | K | T | Buy | 08/25/09 | K | | |
| 42. NEFJX - NATIXIS ADVISOR SM CAP VAL FD | | None | J | T | Buy | 08/25/09 | J | | |
| 43. PCGRX - PIONEER MID CAP VAL FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 44. RMUNX - ROCHESTER MUNI FD | A | Interest | K | T | Buy | 08/25/09 | K | | |
| 45. RYMFX - RYDEX SGI MANAGED FUT STRAT | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 46. TGBAX - TEMPLETON GLOBAL BOND FD | A | Interest | K | T | Buy | 08/25/09 | K | | |
| 47. | | | | | | | | | |
| 48. ANNUITIES | | | | | | | | | |
| 49. DISCOVERY PLUS | C | Interest | M | T | | | | | |
| 50. | | | | | | | | | |
| 51. CASH AND CASH EQUIVALENTS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP MORGAN CHASE | A | Interest | L | T | Sold (part) | 08/25/09 | K | | |
| 53. U. S. TREASURY BILLS | C | Interest | O | T | Sold (part) | 10/15/09 | L | | |
| 54. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |
| 55. AXA FIN'L LIFE INS (Cash Surrender Value) | B | Dividend | M | T | | | | | |
| 56. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | L | T | | | | | |
| 57. WACHOVIA MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 58. EVERGREEN MUNICIPAL MONEY MARKET FUND | A | Interest | | | Sold | 08/25/09 | J | | |
| 59. NEW YORK STATE COLLEGE TUITION SAVINGS FUND PROGRAM | B | Interest | L | T | Buy | 12/23/09 | J | | |
| 60. WACHOVIA | A | Interest | | | Sold | 08/25/09 | J | | |
| 61. TPMXX - RBC PRIME MONEY MARKET FD | A | Interest | K | T | Buy | 08/25/09 | K | | |
| 62. ACMXX - RBC MONEY MARKET OBLIGATIONS TRUST | A | Interest | J | T | Buy | 08/25/09 | J | | |
| 63. | | | | | | | | | |
| 64. RETIREMENT ACCOUNTS | | | | | | | | | |
| 65. 401K PLAN - ING | A | Interest | K | T | | | | | |
| 66. IRA SCUDDER | A | Interest | K | T | | | | | |
| 67. ALGER CAPITAL APPRECIATION FD CL A (ACAAX) | | None | | | Sold | 08/25/09 | J | | |
| 68. JENNISON GROWTH CL A (PJFAX) | | None | | | Sold | 08/25/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JENNISON MID-CAP GROWTH FUND CL A (PEEAX) | | None | | | Sold | 08/25/09 | J | | |
| 70. DAVIS NY VENTURE FUND CL A (NYVTX) | A | Dividend | | | Sold | 08/25/09 | J | | |
| 71. GOLDMAN SACHS TRUST FUND CAP GRWTH PORTFOLIO CL A (GSCGX) | | None | | | Sold | 08/25/09 | J | | |
| 72. JENNISON HLTH SCI FD CL A (PHLAX) | A | Dividend | | | Sold | 08/25/09 | J | A | |
| 73. JENNISON SELECT GROWTH FUND CL A (SPFAX) | | None | J | T | Sold (part) | 08/25/09 | J | | |
| 74. SELIG COMM & INFO FD CL A (SLMCX) | | None | | | Sold | 08/25/09 | J | | |
| 75. WACHOVIA MONEY MARKET FUNDS | A | Interest | | | Sold | 08/25/09 | J | | |
| 76. UTS GOV'T SEC EQUITY TRUST | A | Dividend | | | Sold | 08/25/09 | J | A | |
| 77. TPMXX - RBC PRIME MONEY MARKET FD | A | Interest | J | T | Buy | 08/25/09 | J | | |
| 78. ACMXX - RBC MONEY MARKET OBLIGATIONS TRUST | A | Interest | J | T | Buy | 08/25/09 | J | | |
| 79. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 80. MCGFX - ASTON FUNDS MONTAG & CALDWELL | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 81. ●GNIX - BLACKROCK GNMA PORTFOLIO | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 82. SMGIX - COLUMBIA CONTRARIAN CORE FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 83. GSFTX - COLUMBIA FDS SER TR1 DIV INC | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 84. DPLTX - DREYFUS HIGH YIELD FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 85. KDSSX - DWS VALUE SER INC SM CAP | A | Dividend | J | T | Buy | 08/25/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets. or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SGIIX - FIRST EAGLE GLOBAL FUND | A | Distribution | J | T | Buy | 08/25/09 | J | | |
| 87. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 88. HFMCX - HARTFORD MUTUAL FD MID CAP | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 89. HIPIX - HARTFORD INFLATION PLUS FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 90. HLLVX - JP MORGAN SHORT DUR BOND FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 91. HSKSX - JP MORGAN TR1 HIGHBRIDGE STAT FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 92. WOBDX - JP MORGAN TR2 CORE BD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 93. LSGIX - LOOMIS SAYLES VALUE FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 94. MGRAX - MFS INTL GROWTH FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 95. IVQAX - MORGAN STANLEY INTL VALUE EQUITY FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 96. NEFJX - NATIXIS ADVISOR SM CAP VAL FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 97. PAGNX - PIMCO GNMA FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 98. PCGRX - PIONEER MID CAP VAL FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 99. RYMFX - RYDEX SGI MANAGED FUT STRAT | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 100. TAIBX - TARGET PORTFOLIO INTER TERM BD | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 101. TGBAX - TEMPLETON GLOBAL BOND FD | A | Dividend | J | T | Buy | 08/25/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | ●5/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544